# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

Savannah Division

USA                 )

vs                  )

                        )      CASE NUMBER   CR499-237

STEVEN ANDREW CAUSEY    )

                        )

## **O R D E R**

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This ___23___ day of ___July___, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA